MINEBEA CO., LTD., Precision Motors Deutsche Minebea, GmbH, and Nippon Miniature Bearing Corporation, Plaintiffs–Appellants,

v.

Georg PAPST, Papst Licensing GmbH, and Papst Licensing Verwaltungsgesellschaft Mit Beschrankter Haftung, Defendants–Appellees.

No. 2006–1635.

United States Court of Appeals, Federal Circuit.

April 20, 2007.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Victoria I. CHAMBERLIN, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2007–3108.

United States Court of Appeals, Federal Circuit.

April 20, 2007.

Victoria I. Chamberlin, pro se.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.